✎AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

SOUTHERN _____ District of _____ ILLINOIS

UNITED STATES OF AMERICA
## V.
CLINTON WATERS,

### JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)

Case Number:   00CR40027-002-JPG
USM Number:   05013-025
Judith A. Kuenneke, FPD
Defendant's Attorney

**FILED**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE
APR - 5 2006

## THE DEFENDANT:

☑ admitted guilt to violation of condition(s)   as alleged in petition   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | The defendant was arrested by Williamson County Sheriff's | 2/5/2006 |
| Standard # 2 | The defendant failed to submit a written monthly report | 1/31/2006 |
| Standard # 11 | The defendant failed to advise probation of his arrest | 2/5/2006 |
| Standard | The defendant failed to make monthly payments toward fine | 11/30/2005 |

The defendant is sentenced as provided in pages 2 through ___3___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: ████6192

Defendant's Date of Birth: ████ 1977

Defendant's Residence Address:

Marion, IL 62959

4/5/2006
Date of Imposition of Judgment

Signature of Judge

J. Phil Gilbert                         District Judge
Name of Judge                         Title of Judge

April 5, 2006
Date

Defendant's Mailing Address:

Same as above

AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
              Sheet 1A

DEFENDANT:  CLINTON WATERS,                        Judgment—Page  __2__  of  __3__
CASE NUMBER:  00CR40027-002-JPG

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Special | The defendant failed to call On-Site Drug Testing Program | 2/15/2006 |

AO 245D     (Rev. 12/03 Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page    3    of    3

DEFENDANT: CLINTON WATERS,
CASE NUMBER: 00CR40027-002-JPG

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

24 months

☑ The court makes the following recommendations to the Bureau of Prisons:

That the defendant have mental health counseling while with BOP

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m.   on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL